PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla.2011); Moore v. State, 882 So.2d 977 (Fla.2004); Panitz v. State, 130 So.3d 233 (Fla. 2d DCA 2013) (table decision); Guilford v. State, 88 So.3d 998 (Fla. 2d DCA 2012); Hughes v. State, 22 So.Sd 132 (Fla. 2d DCA 2009); Carpenter v. State, 884 So.2d 385 (Fla. 2d DCA 2004); Boyd v. State, 880 So.2d 726 (Fla. 2d DCA 2004); Burttram v. State, 846 So.2d 1201 (Fla. 2d DCA 2003); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Harris v. State, 111 So.2d 994 (Fla. 2d DCA 2000); Dorsett *1051 v. State, 166 So.3d 898 (Fla. 4th DCA 2016); Fernandez v. State, 910 So.2d 352 (Fla. 3d DCA 2005); Williams v. State, 907 So.2d 1224 (Fla. 5th DCA 2005); At-water v. State, 781 So.2d 1149 (Fla. 5th DCA 2001); Thomas v. State, 778 So.2d 429 (Fla. 5th DCA 2001).
CASANUEVA, KHOUZAM, and MORRIS, JJ., Concur.